UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JEREMY HIMAN, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CAUSE NO.: 2:21-CV-04-TLS-JEM |
| | ) |
| THOR INDUSTRIES, INC., *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Verified Motion to Transfer Venue from Hammond Division to South Bend Division [DE 15], filed March 15, 2021. Plaintiffs have not filed a response and the time to do so has passed.

Plaintiffs filed their Complaint in the Hammond Division as a putative class action brought by RV purchasers against three RV manufacturers and their parent company, based in Elkhart and LaGrange Counties in Indiana. Defendants request that the case be moved to the South Bend Division, since the three Elkhart-based defendants are located in the South Bend Division. They explain that the fourth is in the Fort Wayne Division, but is closer to South Bend than to Hammond. None of the defendants are located in the Hammond Division, and only one of the named plaintiffs is domiciled in the Hammond Division, although Defendants note that the RV purchase in question did not occur in the Hammond Division. Pursuant to Northern District of Indiana Local Rule 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." Three of the four defendants are located in the South Bend Division and the majority of the incidents

1

underlying the case did not occur in the Hammond Division, making South Bend the appropriate venue for this case, a fact that Plaintiffs have not disputed.

Accordingly, the Court hereby **DIRECTS** the Clerk of Court to **CLOSE** this case and **OPEN** a new case with these filings in the South Bend Division.

SO ORDERED this 7th day of April, 2021.

                                            s/ John E. Martin
                                           MAGISTRATE JUDGE JOHN E. MARTIN
                                           UNITED STATES DISTRICT COURT

cc:     All counsel of record